October 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JOHNNY Q. CLAWSON, JR., Appellant,

NO. 14-11-00532-CV                          V.

CROSBY INDEPENDENT SCHOOL DISTRICT, Appellee.

_____

This cause, an appeal from the judgment in favor of appellee, Crosby Independent School District, signed September 7, 2011, was heard on the record. The record shows that the appeal is moot. We therefore order the appeal **DISMISSED**.

We further order this decision certified below for observance.